UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD SMITH,

    Plaintiff,

  v.

MEGAN J. BRENNAN, et al.,

    Defendants.

Case No. 15-cv-04516-WHO

**ORDER DISMISSING CASE**

On April 13, 2016, I issued an order dismissing plaintiff's complaint with leave to amend and giving plaintiff 45 days to file an amended complaint, making his amended complaint due on May 31, 2016. Dkt. No. 27 ("Order Granting to Motion to Dismiss"). On May 23, 2016, plaintiff submitted a letter stating that he had decided not to file an amended complaint. Dkt. No. 28.

Accordingly, for the reasons stated in the Order Granting Motion to Dismiss dated April 13, 2016, this case is DISMISSED WITH PREJUDICE. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: June 6, 2016



WILLIAM H. ORRICK
United States District Judge